*Messrs. Arthur J. W. Hilly* and *Joseph A. Devery* for petitioner. *Attorney General Mitchell, Assistant to the Attorney General O'Brian, Messrs. Claude R. Branch, Charles H. Weston, W. Marvin Smith,* and *Thad H. Brown* for respondent.

No. 613. RICE ET AL. *v.* UNITED STATES. March 12, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. James A. Reed, Louis Titus,* and *John Wattawa* for petitioners. *Attorney General Mitchell, Assistant Attorney General Luhring, Messrs. Claude R. Branch, Harry S. Ridgely,* and *Paul D. Miller* for the United States.

No. 616. LEIDESDORF, TRUSTEE IN BANKRUPTCY, *v.* UNION INDEMNITY Co. March 12, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Bernard Hershkopf* for petitioner. *Mr. Robert H. Elder* for respondent.

No. 619. McCORD RADIATOR & MFG. Co. *v.* HORVATH. March 12, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. James M. Beck, Charles E. Lewis,* and *Sherwin A. Hill* for petitioner. *Messrs. Merlin Wiley, O. L. Smith,* and *Robert Crosser* for respondent.

No. 638. AUGLAIZE BOX BOARD Co. *v.* KANSAS CITY FIBRE BOX Co. March 12, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Wellmore B. Turner* for petitioner.

*Mr. Murray Seasongood* for respondent.

No. 604. REX CO. ET AL. *v.* WENATCHEE REX SPRAY CO. ET AL. March 12, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Francis C. Downey* and *Fred L. Chappell* for petitioners. *Messrs. John H. Miller, A. W. Boyken,* and *Alfred Gfeller* for respondents.

No. 614. HATCH ET AL. *v.* UNITED STATES; and

No. 615. SAME. *v.* SAME. March 12, 1930: Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. H. M. Brackney* for petitioners. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Sewall Key,* and *Barham R. Gary* for the United States.

No. 620. UNITED STATES EX REL. SHULTS BREAD CO. *v.* BOARD OF TAX APPEALS. March 12, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. William C. Sullivan* and *Leon F. Cooper* for petitioner. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Sewall Key, Morton K. Rothschild, Clarence M. Charest,* and *Charles T. Hendler* for respondent.

No. 621. BECKER *v.* UNITED STATES. March 12, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Max V. Schoonmaker* and *Joseph A. Rossi* for petitioner. *Attor-*